FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2017 DEC 27 PM 12: 58

| | |
|---|---|
| PATRIECE L. MATTHEWS, | CIVIL ACTION FILE |
| Plaintiff, | CASE NO.: |
| vs. | 3:17cv1448-J-32JRK |
| USAA CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

## DEFENDANT, USAA CASUALTY INSURANCE COMPANY'S
## NOTICE OF REMOVAL

Defendant, USAA CASUALTY INSURANCE COMPANY ("USAA CIC") by and through its undersigned attorneys hereby files with this Court, pursuant to 28 U.S.C. § 1446, a Notice of Removal to this Court of the above captioned matter from the Eighth Judicial Circuit, Alachua County, Florida. In support of the removal of this action, Defendant states as follows:

1. Plaintiff, Patriece L. Matthews, filed a civil action on November 13, 2017, in the Circuit Court for Alachua County, Florida, Case No.: 2017-CA-003756, Judge Donna Keim, for injuries arising out of a motor vehicle accident that occurred in Gainesville, Alachua County, Florida.

2. Defendant, USAA CIC, was served with Plaintiff's Complaint on November 27, 2017.

3. Defendant, USAA CIC, removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1441 as:

   a. This is an action between citizens of different states and this is a civil action;

b. In which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Plaintiff and Defendant are diverse in citizenship.

5. Plaintiff is a citizen of Florida and was a resident of Florida at the time the Complaint was filed, residing in Suwannee County, Florida. **Pl's Compl. ¶2 (Exhibit A).**

6. Defendant, USAA CIC, is a foreign corporation, incorporated under the laws of Texas with its principal place of business in San Antonio, Texas. **(Exhibit B – Div. of Corp.).**

7. Accordingly, for the purpose of determining whether diversity jurisdiction exists, Defendant, USAA CIC, is a citizen of Texas. 28 U.S.C. § 1332(c) (a corporation is a citizen of any state in which it is incorporated and of the state where its principal place of business is located).

8. Based on Plaintiff's allegations contained in her Complaint and Civil Remedy Notice ("CRN"), the amount in controversy exceeds $75,000.00, exclusive of costs and interests.

9. Specifically, Plaintiff's Complaint alleges Plaintiff has suffered permanent injuries within a reasonable degree of medical probability, resulting in pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of medical care and treatment, loss of earnings and other economic damages, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. Plaintiff also alleges that the losses are continuing and that Plaintiff will suffer losses into the future. (Compl. ¶6).

10. On November 11, 2017, Plaintiff filed a Civil Remedy Notice ("CRN") claiming that Plaintiff's injuries exceed the tortfeasor's policy limits of $100,000 and demanding USAA CIC pay $150,000 in UM benefits under the USAA CIC policy. See **Exhibit C.**

11. As such, the amount in controversy is in excess of $75,000, exclusive of costs and interests.

12. Accordingly, this case is removable pursuant to 28 U.S.C. § 1441.

13. Service on Defendant occurred on November 27, 2017. As such, Defendant timely files this Notice of Removal within 30 days. 28 U.S.C. §1446(b); Fed. R. Civ. P. 6(a)(1).

14. The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the location of the State Court action. Thus, Defendant USAA CIC may properly remove the State Court action to this Court pursuant to 28 U.S.C. § 1441(a).

15. Copies of all process, pleadings, and Orders served upon Defendant are being filed concurrently with this Notice of Removal as required by 28 U.S.C. § 1446(a). **Exhibit D.**

16. Pursuant to 28 U.S.C. § 1446(b), the Defendant served written notice on the Plaintiff of this Notice of Removal. The Defendant filed and served a true and correct copy of this Notice of Removal with the State Court as required by 28 U.S.C. § 1446(d). **Exhibit E.**

17. Defendant has submitted herewith a filing fee of $400.00.

WHEREFORE, Defendant, USAA CASUALTY INSURANCE COMPANY, respectfully requests that this Court accept the removal of this action from State Court.

**BOYD & JENERETTE, P.A.**

_/s/ Billie Jo Taylor_
**BILLIE JO TAYLOR**
Florida Bar No. 057613
**ELIZABETH T. CARDENAS**
Florida Bar No. 118126
201 North Hogan Street, Suite 400
Jacksonville, Florida 32202
904-353-6241 - Telephone
904-493-3739 - Facsimile
Attorneys for Defendant
Primary Address for E-service:
efiling@boydjen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Jordan S. Coley, Esq., Farah and Farah, P.A., 10 W. Adams St., Jacksonville, FL 32202 (jcoley@farahandfarah.com and mwomble@farahandfarah.com); via Electronic Mail, this 27TH day of December 2017.

**BOYD & JENERETTE, P.A.**

_/s/ Billie Jo Taylor_
ATTORNEY