# EXHIBIT "D"

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL
CIRCUIT IN AND FOR ALACHUA COUNTY, FLORIDA

PATRIECE L. MATTHEWS,   CASE NO:
                        DIVISION:  Circuit Civil
    Plaintiff,
v.

USAA CASUALTY INSURANCE
COMPANY,

    Defendants.
_____/

## COMPLAINT

Plaintiff, PATRIECE L. MATTHEWS, by and through the undersigned attorney, hereby sues Defendant, USAA CASUALTY INSURANCE COMPANY, and alleges:

1. This is an action for damages that exceed $15,000.00.

2. At all times material hereto, Plaintiff was a resident of O'Brien, Suwannee County, Florida.

3. At all times material hereto, Defendant, USAA CASUALTY INSURANCE COMPANY, (hereinafter "USAA"), was an insurance corporation licensed to do and doing business in the State of Florida.

4. On or about March 21, 2016, MARIAH LAUREN ASHLEY JONES was operating a motor vehicle at or near the intersection of SR 24 SW Archer Rd. and SR 121 SW 34th St., Gainesville, Florida.

5. At that time and place, MARIAH LAUREN ASHLEY JONES negligently operated or maintained said motor vehicle so that it collided with Plaintiff's motor vehicle.

6. As a result, Plaintiff suffered permanent injuries within a reasonable degree of medical probability, resulting in pain and suffering, disability, mental anguish, loss of capacity

for the enjoyment of life, inconvenience, expense of medical care and treatment, loss of earnings and other economic damages, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. The losses are continuing and the Plaintiff will suffer losses into the future.

7. At all times material hereto, MARIAH LAUREN ASHLEY JONES was an underinsured motorist and maintained minimal bodily injury liability benefits of $100,000.00 with Geico Insurance Company. Said limits were fully tendered to and accepted by Plaintiff with the knowledge and consent of Defendant.

8. At all times material hereto, Plaintiff had contracted with Defendant, USAA, for liability insurance which included coverage for uninsured/underinsured motorist's coverage (Policy No. 028622828C71013). A copy of the insurance policy is attached hereto as Exhibit "A", and incorporated herein by this reference.

9. Defendant was notified by Plaintiff, by and through her undersigned attorneys, that MARIAH LAUREN ASHLEY JONES was an underinsured motorist and maintained limited bodily injury liability benefits insufficient to satisfy the Plaintiff's claim for personal injury, thereby creating an underinsured motorist claim against Defendant.

10. Defendant is in breach of its contract by failure to pay underinsured motorists benefits to Plaintiff.

11. Plaintiff has fulfilled all conditions precedent to filing suit against Defendant.

**WHEREFORE**, Plaintiff demands judgment for damages and costs against Defendant and a trial by jury of all issues herein.

Dated this 16th day of November, 2017.



**CHRISTOPHER R. CHENEVEY (FL Bar No. #0090536)**
**RONALD E. SHOLES (FL Bar No. #0536741)**
**RONALD E. SHOLES, P.A.**
486 N. Temple Ave.
Starke, FL 32091
Ph: 904-964-4055 Fax: 904-964-4755
Primary Email: Chris@youhurtwefight.com
Secondary Email: Ron@youhurtwefight.com
Alternate Email: Chelsea.James@youhurtwefight.com
Attorneys for Plaintiff



# CSC

## Notice of Service of Process

SOP / ALL
Transmittal Number: 17442570
Date Processed: 11/28/2017

| | |
|---|---|
| Primary Contact: | Ruby Esquivel<br>United Services Automobile Association<br>9800 Fredericksburg Rd.<br>Attn: Ruby Esquivel<br>San Antonio, TX 78288-0002 |
| Electronic copy provided to: | Carmen Solis<br>Debra Brake<br>Sandra Adams<br>Jenna Meurer<br>Danielle Lopez |
| Entity: | USAA Casualty Insurance Company<br>Entity ID Number 3692525 |
| Entity Served: | USAA Casualty Insurance Company |
| Title of Action: | Patriece L. Matthews vs. USAA Casualty Insurance Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Alachua County Circuit Court, Florida |
| Case/Reference No: | 01-2017-CA-3756 J |
| Jurisdiction Served: | Florida |
| Date Served on CSC: | 11/27/2017 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | FL Chief Financial Officer on 11/21/2017 |
| How Served: | Electronic SOP |
| Sender Information: | Christopher R. Chenevey<br>904-964-4055 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

0901119c9d058feb

USAA Confidential



CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA



*17-000223557*

| | |
|---|---|
| PATRIECE L. MATTHEWS, | **CASE #:** 01-2017-CA-3756<br>**COURT:** CIRCUIT COURT<br>**COUNTY:** ALACHUA |
| PLAINTIFF(S) | **DFS-SOP #:** 17-000223557 |

VS.

USAA CASUALTY INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on Tuesday, November 21, 2017 and a copy was forwarded by ELECTRONIC DELIVERY on Monday, November 27, 2017 to the designated agent for the named entity as shown below.

USAA CASUALTY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080

*Jimmy Patronis*
Jimmy Patronis
Chief Financial Officer

CHRISTOPHER R. CHENEVEY
486 N. TEMPLE AVE.
STARKE, FL 32091

SKT

Office of the General Counsel - Service of Process Section
200 East Gaines Street - P.O. Box 6200 - Tallahassee, FL 32314-6200 - (850)413-4200

0901119c9d058feb

USAA Confidential

Filing # 64057278 E-Filed 11/10/2017 03:32:30 PM

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL
CIRCUIT IN AND FOR ALACHUA COUNTY, FLORIDA

PATRIECE L. MATTHEWS,   CASE NO: 01-2017-CA-3756
                        DIVISION:  Circuit Civil  J
    Plaintiff,
v.

USAA CASUALTY INSURANCE
COMPANY,

    Defendants.
_____/

**SUMMONS:**
**PERSONAL SERVICE**
**IMPORTANT**

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint, Plaintiff's First Interrogatories to Defendant and Request to Produce to Defendant on the Defendant:

USAA Casualty Insurance Company
C/O Registered Agent
CHIEF FINANACIAL OFFICER
200 E. Gaines St.
Tallahassee, FL 32399

WITNESS my hand and the seal of this Court on

NOV. 14, 2017

J.K. "JESS" IRBY
(SEAL)   **CLERK OF THE CIRCUIT COURT**

By: _Sherry Shelton_
As Deputy Clerk

J.K. "JESS" IRBY
CLERK OF THE CIRCUIT COURT
CIVIL DIVISION
201 E UNIVERSITY AVE
GAINESVILLE, FL 32601

[Left margin: RECEIVED AS STATUTORY REGISTERED AGENT on 21 November, 2017 and served on defendant or named party on 27 November, 2017 by the Florida Department of Financial Services]

"2017 CA 003756" 64057278 Filed at Alachua County Clerk 11/13/2017 08:15:00 AM EST

0901119c9d058feb    USAA Confidential

**Persons with disabilities requesting reasonable accommodations to participate in this preceding should contact (352) 374-3639 (voice & TDD) or via Florida Relay Service at (800) 955-8771.**

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Circuit Court, located at: 201 E. University Ave., Gainesville, Florida 32601. A telephone call will not protect you; your written response, including the above case number given above and the names of the parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book.)

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff's Attorney" named below.

**RONALD E. SHOLES, P.A.**
486 N. Temple Ave.
Starke, FL 32091
PH: 904-964-4055/ FAX: 964-4755

## IMPORTANT

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 201 E. University Ave., Gainesville, Florida 32601. llamada telefonica no lo protegera; si usted desea que el tribunal consideres su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, si lo desea, puede usted consultar a unb abogado immediataments. Si no concoce a un abagado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su rospuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denomminada abajo como "Plaintiff's Attorney" . (Demandate o Abogado del Demandante).

**RONALD E. SHOLES, P.A.**
486 N. Temple Ave.
Starke, FL 32091
PH: 904-964-4055/ FAX: 964-4755

## IMPORTANT

0901119c9d058feb

USAA Confidential

Des poursuites juriciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: 201 E. University Ave., Gainesville, Florida 32601. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige do deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligtions juridiques et vous pouvez requeir les services immediate d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de renference d'avocats ou a un bureau d'assistance juridique (figuarant a l'annuaire de telephones).

Si vous choisissez de eposer vous-meme une response recrite il vous faudra egalement, en meme temps que cette formalite, faire parenvir ou expendier une copie au carbone ou one photocopies de votre response ecrite au "Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**RONALD E. SHOLES, P.A.**
486 N. Temple Ave.
Starke, FL 32091
PH: 904-964-4055/ FAX: 964-4755

Filing # 64881594 E-Filed 12/03/2017 02:52:48 PM



*17-000223557*

| | |
|---|---|
| PATRIECE L. MATTHEWS, | CASE #: 01-2017-CA-3756 |
| | COURT: CIRCUIT COURT |
| | COUNTY: ALACHUA |
| PLAINTIFF(S) | DFS-SOP #: 17-000223557 |
| VS. | |
| USAA CASUALTY INSURANCE COMPANY | |
| DEFENDANT(S) | |

SUMMONS, COMPLAINT

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on Tuesday, November 21, 2017 and a copy was forwarded by ELECTRONIC DELIVERY on Monday, November 27, 2017 to the designated agent for the named entity as shown below.

USAA CASUALTY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080

*Jimmy Patronis*
Jimmy Patronis
Chief Financial Officer

CHRISTOPHER R. CHENEVEY
486 N. TEMPLE AVE.
STARKE, FL 32091

SKT